In the Matter of the Claim of MURRAY DANIELS, Respondent, against MAX UDELL SONS & COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted May 20, 1941; decided June 12, 1941.

*George J. Hayes* and *William F. O'Rourke* for appellants. *Isidor L. Daniels* for claimant, respondent.

Appeal dismissed, with costs, on the ground that the order of the Appellate Division is not a final order. No opinion. (See *Matter of Daus* v. *Gunderman & Sons, Inc.,* 283 N. Y. 459.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.